## GULLATT v. STATE.

### No. 22847.

Court of Criminal Appeals of Texas.

May 10, 1944.

George Allison, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of assault with intent to commit murder with malice, and his punishment assessed at four years' confinement in the penitentiary.

No statement of facts or bills of exceptions appear in the record, in the absence of which no question has been presented for review. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.